# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1075
_____

PARK MEADOWS HEALTHCARE
AND REHABILITATION CENTER,
LLC,

    Petitioner,

v.

NANCY TYSON and THE OAKS,
LLC,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


November 13, 2024


PER CURIAM.

Upon consideration of the notice of voluntary dismissal filed on September 27, 2024, the Court dismisses this proceeding. *See* Fla. R. App. P. 9.350(b).

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kelli B. Hastings and Mark A. Humphrey of Humphrey Law Group, Longwood, for Petitioner.

Megan G. Colter and Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A, Tampa; Kenneth D. Miranda, Orlando; Paul Rothstein and Kyla V. Lemieux of Paul S. Rothstein, P.A., Gainesville, for Respondents.